Filed April 5, 1916.

Appeal from Circuit Court, Putnam County; James T. Wills, Judge.

Decree affirmed.

*McNeill & Butler, John C. Cooper & Son* and *L. W. Strum,* for Appellant;

*C. M. Cooper, Chas. P. & J. J. G. Cooper,* and *E. J. L'Engle,* for Appellees.

---

Alice B. Harllee, Appellant, v. Manatee Title Guarantee Company, a Corporation, and Roy G. Lybrook, Appellees.

Filed April 11, 1916.

Appeal from Circuit Court, Manatee County; F. M. Robles, Judge.

Order affirmed.

*W. B. Shelby Crichlow,* for Appellant;

*John B. Singeltary,* for Appellees.

---

Mary J. Penniman, a *feme sole,* Appellant, v. Charles H. Thompson and Gertrude Thompson, his wife, Appellees.